# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00004-CV

**In re Samuel Adkins**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Samuel Adkins filed a pro se petition for writ of mandamus asking this Court to compel the district court to act on his motion for forensic DNA testing and his motion for appointment of counsel. *See* Tex. Code Crim. Proc. art. 64.01(a-1), (c). After Adkins filed his petition, the district court ruled on both of his motions. Accordingly, we dismiss Adkins's petition for writ of mandamus as moot. *See In re Luna*, 317 S.W.3d 484, 484 (Tex. App.—Amarillo 2010, orig. proceeding); *see also* Tex. R. App. P. 52.8(a).[1]

_____
Gisela D. Triana, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed as Moot

Filed:   January 29, 2019

_____

[1] The Texas Code of Criminal Procedure provides for appeals involving chapter 64 forensic DNA testing as in any other criminal matter. Tex. Code Crim. Proc. art. 64.05; *see* Tex. R. App. P. 26.2, 26.3.